

**NUMBER 13-10-00386-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**IN THE INTEREST OF T.A.G., A MINOR CHILD**

**On appeal from the 139th District Court
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Vela
Memorandum Opinion Per Curiam**

Appellant, Josephine Rene Brown, perfected an appeal from a judgment entered by the 139th District Court of Hidalgo County, Texas, in cause number F-1602-04-C. Appellant has filed a motion to dismiss the appeal on grounds that she no longer wishes to pursue this appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby

DISMISSED.   Costs will be taxed against appellant. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
3rd day of March, 2011.